JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANADEX DATA COMMUNICATIONS LLC, | Case No. 2:22-cv-01741-AB-MRWx |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER ON** |
| THE HOME DEPOT, INC., | **VOLUNTARY DISMISSAL** |
| Defendant. | |

1       The Court, having considered the Notice of Voluntary Dismissal, hereby

2   **GRANTS** the request for dismissal.

3       **IT IS ORDERED** that all claims for relief asserted against The Home

4   Depot, Inc. herein are dismissed, without prejudice.  Each party shall bear its own

5   attorneys' fees, costs of court and expenses.

8   Dated: October 12, 2022

                                          Honorable André Birotte Jr.

9                                             United States District Court Judge